JAMES S. PRICE, plaintiff in error, *vs.* JOSEPH AMIS, defendant in error.

Discharge of the debtor in bankruptcy is no answer to a rule against him to foreclose a mortgage executed prior to the bankruptcy, where it does not appear, affirmatively, that the mortgagee has lost his lien by proving the debt in the bankrupt court.—52 *Ga.*, 605; 53 *Ib.*, 208.

BLECKLEY, Judge.

---

NEWTON ANDERSON, executor, plaintiff in error, *vs.* DANIEL W. BAKER, defendant in error.

When the original bill of exceptions is signed neither by the plaintiff in error nor by his counsel, and no assignment of error is therein contained, the bill of exceptions will be dismissed. A copy bill of exceptions is no evidence in this court, and cannot be considered to show an assignment of error not in the original bill and never approved by the presiding judge.

JACKSON, Judge.

---

J. H. M. HARNETT, plaintiff in error, *vs.* JOSEPH MORRIS, defendant in error.

Where the claimant brings his bill of exceptions, but supports it with no record appropriate to a claim case—no affidavit, no bond and no judgment disposing of the claim—a reversal here is impracticable—see *Traynham vs. Perry & Denton*, 57 *Ga. R.*, 529.

BLECKLEY, Judge.